# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

EL & F PROPERTIES, L.L.C., YMH
INTERNATIONAL, LLC, MEAUX INTERNATIONAL,
LLC, GREAT MEDIA, INC., CRR PROPERTIES,
LLC, RALPH R. JOLLISAINT, TTEE, DXI
HEALTH SOLUTIONS, DORMIBENE, LLC,
AMERICAN PROPERTY MANAGEMENT GROUP, LLC

VERSUS

STANTEC CONSULTING SERVICES, INC.,
BRASFIELD & GORRIE, L.L.C., COMMAND
CONSTRUCTION INDUSTRIES, LLC, OUR LADY OF
THE LAKE HOSPITAL, INC., THE CITY OF
BATON ROUGE/PARISH OF EAST BATON ROUGE,
HKS ARCHITECTS, APAC, ADAMS MANAGEMENT
SERVICES CORPORATION, ABC INSURANCE
COMPANY, DEF INSURANCE COMPANY, GHI
INSURANCE COMPANY, JKL INSURANCE COMPANY,
MNO INSURANCE COMPANY, PQR INSURANCE
COMPANY, AND STU INSURANCE COMPANY

NO.   2025 CW 0939

JANUARY 7, 2026

---

In Re:    National Union Fire Insurance Company of Pittsburgh, PA,
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 719148.

---

BEFORE:   LANIER, WOLFE, AND HESTER, JJ.

WRIT DENIED.

WIL
EW

Hester, J., dissents and would grant the writ. Referred to as the "eight-corners rule," an insurer must look to the four corners of the petition and the four corners of the policy to determine whether it has a duty to defend. **Brilliant Nat'l Servs., Inc. v. Travelers Indem. Co.**, 2021-1471 (La. App. 1st Cir. 9/7/22), 349 So.3d 581, citing **American Home Assurance Co. v. Czarniecki**, 230 So.2d 253, 259 (La. 1969). Cases applying the "eight-corners rule" hold that an insurer owes a duty to defend if, assuming the factual allegations are true, there would be both (1) coverage under the policy, and (2) liability to the plaintiff. **Id.** citing **Maldonado v. Kiewit Louisiana, Co.**, 2013-0756 (La. App. 1st Cir. 3/24/14), 146 So.3d 210, 218-19. From a review solely of the "eight corners" of the petition and the policy, I would reverse the judgment of the trial court and deny the motion for partial summary judgment filed by Brasfield & Gorrie, LLC.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT